# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

KEITH WAGNER, CAPITOL POLICE OFFICER,

                     Petitioner

          v.

PENNSYLVANIA CAPITOL POLICE DEPARTMENT, DEPARTMENT OF GENERAL SERVICES, AND GREGORY A. GREEN, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS DIRECTOR OF THE BUREAU OF HUMAN RESOURCES, RICHARD SHAFFER, IN HIS INDIVIDUAL CAPACITY AND AS ACTING AS SUPERINTENDENT OF THE CAPITOL POLICE, ROBERT J. DILLARD, IN HIS INDIVIDUAL CAPACITY AND AS ACTING AS DEPUTY SUPERINTENDENT OF THE CAPITOL POLICE,

                    Respondents

No. 104 MAL 2016

Petition for Allowance of Appeal from the Order of the Commonwealth Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of June, 2016, the Petition for Allowance of Appeal is **DENIED**.